**Joseph Michael GRIFFITH, Plaintiff–Appellant,**

v.

**S.A. BIRD; Betty Brown, Defendants–Appellees,**

and

**Rich Jackson; North Carolina Department of Corrections, Defendants.**

No. 09–8093.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 12, 2011.

Decided Feb. 8, 2011.

Joseph Michael Griffith, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Michael Griffith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *Griffith v. Bird,* No. 3:06–cv–00308–GCM, 2009 WL 3722804 (W.D.N.C. Nov. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*